UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DAVID BAGBY,

                    Petitioner,

v.

JEFFREY A UTTECHT

                    Respondent.

No. 3:20-CV-5988-BJR-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, the record of this case, and no objections having been filed, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation.

(2)    Petitioner's federal habeas Petition is dismissed without prejudice.

(3)    A certificate of appealability is denied in this case.

(4)    The Clerk is directed to send copies of this Order to Petitioner, counsel for Respondent, and to the Hon. David W. Christel.

DATED this 3rd day of March, 2021.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1